United States District Court
Southern District of Texas
**ENTERED**
September 22, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Tubu Baycu and Ayhan Baycu, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. H-26-5492 |
| | § | |
| Marwayne Mullin, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**

On September 9, 2026, Plaintiffs, Tubu Baycu and Ayhan Bacu, filed a Notice of Voluntary Dismissal (docket no. 8) stipulating to the voluntary dismissal of this action as moot against all named Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, this Court accepts the Notice and this action is hereby **DISMISSED WITHOUT PREJUDICE**.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 22nd day of September, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE